THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Eugene A.
 Stauch, III, Appellant,
 v.
 Deborah A.
 Pearce, Respondent.
 
 
 

Appeal From Charleston County
 Robert S. Armstrong, Family Court Judge
Unpublished Opinion No. 2008-UP-595
Submitted October 1, 2008  Filed October
 17, 2008
AFFIRMED

 
 
 
 Eugene A. Stauch, III, of North Charleston, Pro Se, for
 Appellant.
 Don C. Gibson, of North Charleston, for Respondent.
 
 
 

PER CURIAM: 
 Eugene A. Stauch appeals the family
 courts award of attorneys fees to Deborah A. Pearce.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  Doe v. Doe,
 370 S.C. 206, 212, 634 S.E.2d 51, 55 (Ct. App. 2006) ([W]hen an appellant
 neither raises an issue at trial nor through a Rule 59(e), SCRCP, motion, the
 issue is not preserved for appellate review.); Historic Charleston
 Holdings, LLC v. Mallon, 365 S.C. 524, 539, 617 S.E.2d 388, 396 (Ct.
 App. 2005) (stating when a trial court makes a general ruling on an issue, but
 does not address the specific argument raised by the appellant and the
 appellant does not make a motion to alter or amend pursuant to Rule 59(e),
 SCRCP, the appellate court cannot consider the argument on appeal).
AFFIRMED.
ANDERSON, WILLIAMS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.